IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMONT CARTER,**<br><br>                          Petitioner,<br><br>       v.<br><br>**JIM MACDONALD,**<br><br>                          Respondent. | CIV S-08-2103 GGH P<br><br>**ORDER** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before December 8, 2008.

Dated: November 13, 2008

                                                              /s/ Gregory G. Hollows
                                                    _____
                                                    The Honorable Gregory G. Hollows

cart2103.eot

[Proposed] Order