IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT CARTER,

      Petitioner,                    No. CIV S-08-2103 GGH P

  vs.

JIM MACDONALD, et al.,

      Respondents.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 23, 2009, petitioner filed a notice of change of address stating that he has been transferred to a "Mississippi location."  The notice of change of address does not contain petitioner's new address in Mississippi.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall file a notice of change of address containing his mailing address in Mississippi.

DATED: July 28, 2009                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

car2103.ord

1